PROB 12B
(7/93)

Report Date: October 15, 2010

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**for the**

OCT 1 8 2010

**Eastern District of Washington**

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tammy L. Ritchie                     Case Number: 2:07CR02009-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen

Date of Original Sentence: 1/13/2009                   Type of Supervision: Supervised Release

Original Offense: Possession of Unregistered Firearm,  Date Supervision Commenced: 5/22/2009
26 U.S.C. § 5861(d)

Original Sentence: Prison - 10 Months; TSR - 36        Date Supervision Expires: 5/21/2012
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22    You shall participate in the home confinement program for 15 days. You shall abide by all the requirements
      of the program, which will include electronic monitoring or other location verification system. You shall
      pay all or part of the costs of the program based upon your ability to pay.

### CAUSE

The report from the Washington State Patrol indicates Ms. Ritchie was involved in an automobile accident on October 13, 2009, after exceeding the posted speed limit and driving in an erratic manner. The trooper contacted Ms. Ritchie and observed that her eyes were watery and bloodshot, her speech seemed to be slurred, and her coordination was unsteady. Ms. Ritchie openly disclosed to the officer that she is under the care of a doctor and takes prescription medications due to health issues. The officer had Ms. Ritchie perform several field sobriety tests, which she failed. Ms. Ritchie was arrested for being under the influence of a narcotic.

On September 14, 2010, Ms. Ritchie pled guilty to the charge of driving under the influence, in Kittitas County District Court in Ellensburg, Washington. She was sentenced to 365 days jail, with 350 day suspended; 60 months of probation; $595 fine; no criminal violations for 60 months; no driving without a license or insurance; complete an alcohol assessment; and the victims panel. The Court determined that due to Ms. Ritchie's significant health concerns, she could satisfy her 15 days of incarceration through the electronic home monitoring program. However, Kittitas County has discontinued their electronic home monitoring services. Ms. Ritchie was advised she would need to satisfy her sentence by going into jail or complete the 15 days of electronic home monitoring through another county program or some other agency.

Prob 12B
Re: Ritchie, Tammy L.
October 15, 2010
Page 2

This officer spoke with Ms. Ritchie's Kittitas County District Court probation officer on October 14, 2010. The officer confirmed the sentence imposed and clarified that Kittitas County is not able to provide electronic home monitoring at this time. She will inform the district court that Ms. Ritchie has agreed to complete 15 days of electronic home monitoring as an added condition of her supervised release, which will meet her custody obligation with Kittitas County District Court. Additionally, the county jail may not be able to meet Ms. Ritchie's significant health issues, which require the use of or access to oxygen 24 hours a day, as well as a large number of medications.

Ms. Ritchie agrees with the above-noted modification and has signed the appropriate document. This modification will allow the defendant to satisfy her sentence with the Kittitas County District Court, and meets the aspects outlined in 18 U.S.C. § 3583(e) and 18 U.S.C. § 3583(e)(4). Additionally, Ms. Ritchie understands she will be responsible for the expense of the electronic home monitoring program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/15/2010

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/18/10
Date